# EXHIBIT 1

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**
CENTRE County

For Prothonotary Use Only:
Docket No: 2013-2707

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

### SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| GRAHAM B. SPANIER | LOUIS J. FREEH |

Are money damages requested? ☒ Yes  ☐ No

Dollar Amount Requested: (check one)
☐ within arbitration limits
☒ outside arbitration limits

Is this a *Class Action Suit*? ☐ Yes ☒ No
Is this an *MDJ Appeal*? ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: ELIZABETH K. AINSLIE (PA. I.D. NO. 35870)
☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

### SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☒ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

**JURY TRIAL IS DEMANDED. AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED.**

*Attorneys for Plaintiff Graham B. Spanier*

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie (Pa. I.D. No. 35870)
  eainslie@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS J. FREEH, FREEH SPORKIN & SULLIVAN, LLP, and PEPPER HAMILTON LLP (as successor by merger to FREEH SPORKIN & SULLIVAN, LLP),<br><br>Defendants. | COURT OF COMMON PLEAS OF CENTRE COUNTY<br><br>No. 2013-2707<br><br>2013 JUL 11 PM 3:25 |

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

Printed from Centre County Online Access - 4/16/2014 1:07:05 PM

R. 4a

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons to defendants Louis J. Freeh, Freeh Sporkin & Sullivan, LLP, and Pepper Hamilton LLP, as successor by merger to Freeh Sporkin & Sullivan, LLP, in the above-captioned matter.

Respectfully submitted,

*[signature]*

Elizabeth K. Ainslie (Pa. I.D. No. 35870)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

*Attorney for Plaintiff Graham B. Spanier*

Dated: July 11, 2013

2

COURT OF COMMON PLEAS

_____ Term, 20 ___ No. 2013-2707

2013 JUL 11 PM 3:26

GRAHAM B. SPANIER

vs.

LOUIS J. FREEH, FREEH SPORKIN & SULLIVAN, LLP, and PEPPER HAMILTON LLP (as successor by merger to FREEH SPORKIN & SULLIVAN, LLP)

SUMMONS

Printed from Centre County Online Access - 4/16/2014 1:07:05 PM

R. 6a

C.P.97

# Commonwealth of Pennsylvania

**SUMMONS**
*CITACION*

Centre County

GRAHAM B. SPANIER

COURT OF COMMON PLEAS

_____ Term, 20_____

No. 2013-2707

vs.

LOUIS J. FREEH, FREEH SPORKIN &
SULLIVAN, LLP, and PEPPER HAMILTON
LLP (as successor by merger to FREEH
SPORKIN & SULLIVAN, LLP)

To[1]

| LOUIS J. FREEH | FREEH SPORKIN & SULLIVAN, LLP | PEPPER HAMILTON LLP |
|---|---|---|
| 100 Bentley Lane | 2445 M Street NW | 3000 Two Logan Square |
| Wilmington, DE 19807 | Washington, DC 20037 | Eighteenth and Arch Streets |
| | | Philadelphia, PA 19103 |

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

GRAHAM B. SPANIER

BY PAPER FILED, THE WITHIN ACTION IS
REISSUED THIS 2nd DAY OF Aug, 20 13
Debra C. Immel
PROTHONOTARY

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



By Debra Immel

Date July 11, 2013

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Prothonotary

| Item to be Paid - Description | | Check Number: | 24863 |
| --- | --- | --- | --- |
| | | Check Date: | Jul 11, 2013 |
| | | Duplicate | |
| | | Check Amount: | $134.50 |
| | Discount Taker | | Amount Paid |
| Spanier, Graham | | | |
| | | | 134.50 |

Check Number:  24863                    Jul 11, 2013

Memo:    Spanier

134.50

One Hundred Thirty-Four and 50/100 Dollars

Prothonotary
Centre County Courthouse
Bellefonte, PA  16823

Duplicate

**JURY TRIAL IS DEMANDED. AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED.**

*Attorneys for Plaintiff Graham B. Spanier*

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie (Pa. I.D. No. 35870)
  eainslie@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP,<br><br>Defendants. | COURT OF COMMON PLEAS OF CENTRE COUNTY<br><br>No. 2013-2707 |

**PRAECIPE TO ISSUE AMENDED WRIT OF SUMMONS**

FILED FOR RECORD
2013 SEP 12 PM 3:05
DEBRA C. IMMEL
PROTHONOTARY
CENTRE COUNTY, PA

TO THE PROTHONOTARY:

Kindly issue an Amended Writ of Summons to defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP, in the above-captioned matter.

Respectfully submitted,

Elizabeth K. Ainslie (Pa. I.D. No. 35870)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

*Attorney for Plaintiff Graham B. Spanier*

Dated: September 12, 2013

C.P.97

# Commonwealth of Pennsylvania

**SUMMONS**
*CITACION*

Centre County

**GRAHAM B. SPANIER**

COURT OF COMMON PLEAS

_____ Term, 20_____

No. 2013-2707

vs.

**LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP**

To(1)

LOUIS J. FREEH
100 Bentley Lane
Wilmington, DE 19807

FREEH SPORKIN & SULLIVAN, LLP
2445 M Street NW
Washington, DC 20037

You are notified that the Plaintiff(2)
*Usted esta avisado que el demandante(2)*

GRAHAM B. SPANIER

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



By _Debra C. Immel_
     Prothonotary

Date _Sept 12, 2013_

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

COURT OF COMMON PLEAS

_____ Term, 20 ___   No. 2013-2707

GRAHAM B. SPANIER

vs.

LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP

SUMMONS