Exhibit A

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
CENTRE County



**For Prothonotary Use Only:**

Docket No: 2013-2707

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| GRAHAM B. SPANIER | LOUIS J. FREEH |

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: ELIZABETH K. AINSLIE (PA. I.D. NO. 35870)

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☒ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

JURY TRIAL IS DEMANDED.  AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED.

*Attorneys for Plaintiff Graham B. Spanier*

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie (Pa. I.D. No. 35870)
  eainslie@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS J. FREEH, FREEH SPORKIN & SULLIVAN, LLP, and PEPPER HAMILTON LLP (as successor by merger to FREEH SPORKIN & SULLIVAN, LLP),<br><br>    Defendants. | COURT OF COMMON PLEAS OF CENTRE COUNTY<br><br>No. 2013-2707 |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons to defendants Louis J. Freeh, Freeh Sporkin & Sullivan, LLP, and Pepper Hamilton LLP, as successor by merger to Freeh Sporkin & Sullivan, LLP, in the above-captioned matter.

Respectfully submitted,

*[signature]*

Elizabeth K. Ainslie (Pa. I.D. No. 35870)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

*Attorney for Plaintiff Graham B. Spanier*

Dated: July 11, 2013

COURT OF COMMON PLEAS

_____ Term, 20 ____ No. 2013-2707

GRAHAM B. SPANIER

vs.

LOUIS J. FREEH, FREEH SPORKIN &
SULLIVAN, LLP, and PEPPER HAMILTON LLP
(as successor by merger to FREEH SPORKIN &
SULLIVAN, LLP)

SUMMONS

C.P.97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

Centre County

GRAHAM B. SPANIER

COURT OF COMMON PLEAS

_____ Term, 20_____

No. 2013-2707

*vs.*

LOUIS J. FREEH, FREEH SPORKIN &
SULLIVAN, LLP, and PEPPER HAMILTON
LLP (as successor by merger to FREEH
SPORKIN & SULLIVAN, LLP)

To[1]

| LOUIS J. FREEH | FREEH SPORKIN & SULLIVAN, LLP | PEPPER HAMILTON LLP |
|---|---|---|
| 100 Bentley Lane | 2445 M Street NW | 3000 Two Logan Square |
| Wilmington, DE 19807 | Washington, DC 20037 | Eighteenth and Arch Streets |
| | | Philadelphia, PA 19103 |

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

GRAHAM B. SPANIER

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



By _Debra Immel_

Date _July 11, 2013_

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)