# Exhibit B

**JURY TRIAL IS DEMANDED. AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED.**

*Attorneys for Plaintiff Graham B. Spanier*

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie (Pa. I.D. No. 35870)
  eainslie@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>  Plaintiff,<br><br>  v.<br><br>LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP,<br><br>  Defendants. | COURT OF COMMON PLEAS OF CENTRE COUNTY<br><br>No. 2013-2707 |

### PRAECIPE TO ISSUE AMENDED WRIT OF SUMMONS

FILED FOR RECORD
2013 SEP 12 PM 3:05
DEBRA C. IMMEL
PROTHONOTARY
CENTRE COUNTY, PA

TO THE PROTHONOTARY:

Kindly issue an Amended Writ of Summons to defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP, in the above-captioned matter.

Respectfully submitted,

_____
Elizabeth K. Ainslie (Pa. I.D. No. 35870)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

*Attorney for Plaintiff Graham B. Spanier*

Dated: September 12, 2013

2

C.P.97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

Centre County

GRAHAM B. SPANIER

COURT OF COMMON PLEAS

_____ Term, 20_____

No. 2013-2707

*vs.*

LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP

To<sup>(1)</sup>

LOUIS J. FREEH
100 Bentley Lane
Wilmington, DE 19807

FREEH SPORKIN & SULLIVAN, LLP
2445 M Street NW
Washington, DC 20037

You are notified that the Plaintiff<sup>(2)</sup>
*Usted esta avisado que el demandante<sup>(2)</sup>*

GRAHAM B. SPANIER

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



By _Debra_ _____
   Prothonotary

Date _Sept 12, 2013_

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

COURT OF COMMON PLEAS

_____ Term, 20 ___ No. 2013-2707

GRAHAM B. SPANIER

vs.

LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP

SUMMONS