Exhibit C



**MILLER, KISTLER & CAMPBELL**
By:   Lisa M. Welsh (Pa. 307382)
720 South Atherton Street, Suite 201
State College, PA 16801-4669
(814) 234-1500 (phone)
(814) 234-1549 (facsimile)

**DECHERT LLP**
By:   Robert C. Heim (Pa. 15758)
       Michael L. Kichline (Pa. 62293)
       Asha T. Mehrotra (Pa. 315176)
       William T. McEnroe (Pa. 308821)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000 (phone)
(215) 994-2222 (facsimile)

*Attorneys for Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP*

| | |
|---|---|
| GRAHAM B. SPANIER | COURT OF COMMON PLEAS OF CENTRE COUNTY |
| Plaintiff, | |
| v. | NO. 2013-2707 |
| LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP, | |
| Defendants. | |

## PRAECIPE TO FILE COMPLAINT

TO THE PROTHONOTARY:

   Please enter a Rule upon Plaintiff to file a Complaint within 20 days hereof or suffer the entry of a Judgment of Non Pros.

/s/ Robert C. Heim
Robert C. Heim (Pa. 15758)
Michael L. Kichline (Pa. 62293)
Asha T. Mehrotra (Pa. 315176)
William T. McEnroe (Pa. 308821)
DECHERT LLP
Cira Centre

2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (phone)
(215) 994-2222 (facsimile)

Lisa M. Welsh (Pa. 307382)
Miller, Kistler & Campbell
720 South Atherton Street, Suite 201
State College, PA 16801-4669
(814) 234-1500 (phone)
(814) 234-1549 (facsimile)

*Attorneys for Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP*

**MILLER, KISTLER & CAMPBELL**
By:   Lisa M. Welsh (Pa. 307382)
720 South Atherton Street, Suite 201
State College, PA 16801-4669
(814) 234-1500 (phone)
(814) 234-1549 (facsimile)

**DECHERT LLP**
By:   Robert C. Heim (Pa. 15758)
      Michael L. Kichline (Pa. 62293)
      Asha T. Mehrotra (Pa. 315176)
      William T. McEnroe (Pa. 308821)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000 (phone)
(215) 994-2222 (facsimile)

*Attorneys for Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP*

| | |
|---|---|
| GRAHAM B. SPANIER : | COURT OF COMMON PLEAS OF CENTRE COUNTY |
| Plaintiff, : | |
| : | NO. 2013-2707 |
| v. : | |
| : | |
| LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP, : | |
| Defendants. : | |

## RULE TO FILE COMPLAINT

AND NOW, this 30 day of Sept, 2013, a Rule is hereby granted upon plaintiff to file a Complaint herein with 20 days after service hereof or suffer the entry of a Judgment of Non Pros.

_____
Prothonotary

## CERTIFICATE OF SERVICE

I, Asha T. Mehrotra, hereby certify that I caused to be served on September 30, 2013 a true and correct copy of the Praecipe to File Complaint by first-class mail upon the following:

>Elizabeth K. Ainslie, Esq.
>SCHNADER HARRISON
>SEGAL & LEWIS LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA 19103-7286
>*Attorney for Plaintiff*

>/s/ Asha T. Mehrotra
>Asha T. Mehrotra