# Exhibit F

Case 4:14-cv-01316-MEM   Document 8-6   Filed 08/08/14   Page 1 of 10

IN THE COURT OF COMMON PLEAS OF CENTRE COUNTY,
PENNSYLVANIA
CIVIL ACTION – LAW

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP,<br><br>Defendants. | Docket No. 2013-2707<br><br>Judge Jonathan D. Grine |



## NOTICE OF APPEAL

Notice is hereby given that Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP, hereby appeal, pursuant to Pennsylvania Rule of Appellate Procedure 313, to the Superior Court of Pennsylvania from the Order entered in this matter on February 25, 2014, granting Plaintiff Graham B. Spanier's Motion to Stay Civil Proceedings. The Order has been entered on the docket as evidenced by the attached copy of the docket entries. *See* Exhibit A. Defendants requested a transcript on March 5, 2014; a copy of the transcript order form is attached. *See* Exhibit B.

2

Dated: March 25, 2014 /s/ *Robert C. Heim*
Robert C. Heim (Pa. 15758)
Michael L. Kichline (Pa. 62293)
Asha T. Mehrotra (Pa. 315176)
William T. McEnroe (Pa. 308821)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (phone)
(215) 994-2222 (facsimile)

Lisa M. Welsh (Pa. 307382)
Miller, Kistler & Campbell
720 South Atherton Street, Suite 201
State College, PA 16801-4669
(814) 234-1500 (phone)
(814) 234-1549 (facsimile)

*Attorneys for Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP*

# EXHIBIT A

**Prothonotary Search Results**

## Case CIVIL ACTION Docket GENERAL FEES

### Docket # Filing Date and Time Sat/Dis/Gntd Vol Page Sealed

13-2707  7/11/2013  03:26

| Plaintiff(s) | Lien | lawyer(s) |
|---|---|---|
| SPANIER, GRAHAM B. | | AINSLIE, ELIZABETH K. |

| Defendant(s) | Lien | lawyer(s) |
|---|---|---|
| FREEH, LOUIS J. | | WELSH, LISA M. |
| FREEH SPORKIN & SULLIVAN, LLP | | HEIM, ROBERT C. |
| PEPPER HAMILTON LLP | | KICHLINE, MICHAEL L. |
| | | MEHROTRA, ASHA T. |
| | | MCENROE, WILLIAM T. |

### Proceedings #

| | Date | Description |
|---|---|---|
| View Image | 3/19/2014 | ORDER, FILED. (ORDER DENYING DEF'S EMERGENCY MOTION FOR |
| View Image | 3/17/2014 | DEFENDANTS' MEMORANDUM IN SUPPORT OF EMERGENCY MOTION |
| View Image | 3/17/2014 | DEFENDANT'S EMERGENCY MOTION FOR RECONSIDERATION, FILED. |
| View Image | 2/25/2014 | OPINION & ORDER, FILED. (MOTION TO STAY FILED BY PLTF IS |
| View Image | 12/30/2013 | CONTINUANCE REQUEST WITH ORDER, FILED. (HEARING 1/9/14 |
| View Image | 12/20/2013 | DECORUM ORDER, FILED. (GAVE COPY TO ATTY WELSH VIA MAILBOX, |
| View Image | 11/13/2013 | SCHEDULING REQUEST WITH ORDER, FILED. (ARGUMENT 1-9-14 AT 1:30 |
| View Image | 11/12/2013 | OPPOSITION OF DEFENDANTS TO MOTION OF PLAINTIFF TO STAY |
| View Image | 10/18/2013 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY CIVIL |
| View Image | 10/18/2013 | PLAINTIFF'S MOTION TO STAY CIVIL PROCEEDINGS WITH CERTIFICATE |
| View Image | 9/30/2013 | BY PAPER FILED, ROBERT C. HEIM, MICHAEL L. KICHLINE, ASHA T. |
| View Image | 9/30/2013 | BY PAPER FILED, LISA M WELSH, ESQ, ENTERS HER APPEARANCE ON |
| View Image | 9/30/2013 | PRAECIPE TO FILE COMPLAINT, WITH CERTIFICATE OF SERVICE, FILED. |
| View Image | 9/12/2013 | PRAECIPE TO ISSUE AMENDED WRIT OF SUMMONS, FILED. (WRIT ISSUED) |
| View Image | 9/3/2013 | SHERIFF'S RETURN, FILED. (SERVED ON 8/22/2013) |
| View Image | 8/2/2013 | PRAECIPE TO REISSUE WRIT OF SUMMONS, FILED. (WRITS REISSUED) |
| View Image | 7/11/2013 | PRAECIPE FOR WRIT OF SUMMONS AGAINST DEFENDANTS IN ABOVE- |

# EXHIBIT B

# IN THE COURT OF COMMON PLEAS OF CENTRE COUNTY, PENNSYLVANIA
## CIVIL ACTION – LAW

| | |
|---|---|
| GRAHAM B. SPANIER,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS J. FREEH and FREEH SPORKIN & SULLIVAN, LLP,<br><br>Defendants. | Docket No. 2013-2707<br><br>Judge Jonathan D. Grine |

## **REQUEST FOR TRANSCRIPT**

A Notice of Appeal having been filed, the official court reporter is hereby ordered to produce, certify, and file the transcript of the January 7, 2014 hearing in conformity with Rule 1922 of the Pennsylvania Rules of Appellate Procedure. A request for transcript was previously made on March 5, 2014.

## REQUEST FOR TRANSCRIPT

INSTRUCTIONS:

1. This form should be used when requesting ALL transcripts.
2. Form must be fully completed before request will be processed.
3. This form should be completed and submitted to the Court Reporters' Office, UNLESS AN APPEAL IS BEING FILED. If an appeal is being filed, this form should be completed and attached to the appeal notice filed in the Prothonotary's Office.
4. It is necessary to make arrangements for FULL ADVANCE PAYMENT with the Court Reporters' Office, First Floor of the Courthouse or by phone at (814) 355-6734, before this request will be complied with.

TODAY'S DATE: March 5, 2014

CASE NAME and NO.: Graham B. Spanier v. Louis J. Freeh and Freeh Sporkin & Sullivan, LLP   No. 2013-2707

PRESIDING JUDGE/COURT REPORTER: Judge Jonathan D. Grine

SPECIFIC HEARING DATE(S) REQUESTED: January 7, 2014
(If no testimony is needed for appeal, please indicate NONE.)

ATTORNEY/PARTY REQUESTING TRANSCRIPT: Lisa M. Welsh, Esquire
Court appointed:   (circle one)   Yes   (No)       Phone No. 814-234-1500

FORMAT REQUESTED (circle one):
Hard copy    ASCII Disk    Condensed Version    (Electronic Version)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR COURT USE ONLY:

COURT REPORTER: _____

APPROVED: _____
           Presiding Judge                              Date

REVISED 5/06

## CERTIFICATE OF SERVICE

I, Asha T. Mehrotra, hereby certify that I caused to be served on March 25, 2014, a true and correct copy of Defendants' Notice of Appeal, upon the following interested parties in the manner indicated below in satisfaction of Pennsylvania Rule of Appellate Procedure 121.

Service by person by hand delivery as follows:

> The Honorable Jonathan D. Grine
> Centre County Court of Common Pleas
> 102 South Allegheny Street
> Bellefonte, PA 16823
>
> Court Reporter
> Centre County Court of Common Pleas
> 102 South Allegheny Street
> Bellefonte, PA 16823
>
> Elizabeth K. Ainslie, Esq.
> SCHNADER HARRISON
> SEGAL & LEWIS LLP
> 1600 Market Street, Suite 3600
> Philadelphia, PA 19103-7286
> *Attorney for Plaintiff*

/s/ *Asha T. Mehrotra*
Asha T. Mehrotra
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (phone)
(215) 994-2222 (facsimile)

*Attorney for Defendants Louis J. Freeh and Freeh Sporkin & Sullivan, LLP*