# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM B. SPANIER,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 4:14-1316** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **LOUIS J. FREEH and** | |
| **FREEH SPORKIN & SULLIVAN LLP:** | |
| : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's motion to remand, (Doc. 7), is **GRANTED**. The case is remanded to the Court of Common Pleas of Centre County. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 26, 2014**